943 A.2d 262

**Appeal of: K.A.P., Jr., a minor.**

Supreme Court of Pennsylvania.

Argued March 3, 2008.

Decided March 24, 2008.

Tina M. Fryling, Joseph Paul Burt, Erie, for K.A.P., Jr.

Calvin Royer Koons, Harrisburg, for Office of the Attorney General.

Matthew James McLaughlin, Erie, for County of Erie.

## *ORDER*

PER CURIAM.

The order of the Superior Court is **AFFIRMED.**

Justice McCAFFERY did not participate in the consideration or decision of this case.